209 So.2d 37

**STATE of Louisiana**

**v.**

**Clay L. SHAW.**

**No. 49211.**

April 23, 1968.

In re: Clay L. Shaw applying for writs of certiorari, prohibition and mandamus and for stay order.

Writs denied. This Court will not interfere with orderly proceedings in the trial court, in the absence of a showing of irreparable injury. Relator has a remedy by appeal in the event of conviction.